# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NATIONAL INTEGRATED GROUP PENSION PLAN,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **BLACK MILLWORK COMPANY, INC.,** <br><br> **Defendant.** | Civ. No. 2:11-5072 (KM) <br><br> **JUDGMENT** |

Upon consideration of the Motion for Summary Judgment filed by Plaintiffs, National Integrated Group Pension Plan ("NIGPP") and Board of Trustees of the NIGPP, and the submissions, evidence, and arguments of all parties with respect thereto, on August 1, 2013, the Court filed an Order Granting Plaintiffs' Motion [Docket No. 41)].

In accordance with that Order, the Court rules as follows:

1. Defendant shall pay Plaintiff NIGPP $709,132.38 in unpaid withdrawal liability installments.

2. Defendant shall pay Plaintiff NIGPP $53,385.04 in interest on the unpaid withdrawal liability installments.

3. Defendant shall pay Plaintiff NIGPP $141,826.48 in liquidated damages.

4. Defendant shall pay Plaintiff NIGPP $85,524.91 for Plaintiffs' attorney's fees and costs.

5. Defendant is hereby permanently ENJOINED from further violations of ERISA and the NIGPP Plan Documents in connection with Defendant's obligation to pay future withdrawal liability installments.

The Clerk of the Court shall enter judgment in accordance with Federal Rule of Civil Procedure 58(b)(2).

IT IS SO ORDERED.

Date: August 30, 2013

KEVIN MCNULTY, U.S.D.J.